

# IN THE
## TENTH COURT OF APPEALS

—————————

### No. 10-12-00168-CV

**MICHAEL BARRETT**
**AND SUZANNE SUMMERS,**

                                                            **Appellants**

 **v.**

**COLBERT BALL TAX SERVICE L.L.P.,**

                                                            **Appellee**

—————————

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2010-207-4**

## MEMORANDUM  OPINION

Appellants Michael Barrett and Suzanne Summers, presented a notice of appeal regarding a trial court order or judgment signed on May 18, 2012.  By letter dated, June 15, 2012, the Clerk of this Court notified appellants that the docketing statement was past due and must be filed within 21 days from the date of the letter.  No docketing statement was received and filed.  By letter dated July 26, 2012, the Clerk of this Court warned appellants that the appeal would be dismissed without further notification unless, within 14 days from the date of the letter, a docketing statement was filed.

Again, no docketing statement was received and filed. We also note that appellants have not paid for the clerk's record, the court reporter's record, or this Court's fees associated with the appeal.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); and § 51.208 (West Supp. 2011). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by appellants.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(b).


                                                AL SCOGGINS
                                                Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 30, 2012
[CV06]